# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 310          Date: 12/15/2021   Time: 11:00 a.m.

Defendant: Mason Courson (J)    J#: 78637-509    Case #: 21-6681-AOV
AUSA: Adam Hapner      Attorney: Jason Kreiss, Esq. (Temp)
Violation: Assaulting, Resisting, or Impeding Certain Officers using a Dangerous Weapon
Proceeding: Initial Appearance-Rule 40/5 Removal     CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: Detention
Bond Set at:               Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition: Defendant present. Advised of rights and charges.

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing: 12-20-2021 @ 10am
Prelim/Arraign or Removal: 12-20-2021 @ 10am
Status Conference RE:
D.A.R. 11:11:42 (Rights); 11:35:54      Time in Court: 20 mins.

2

**CHECK IF APPLICABLE:** _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..