UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**
U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (203-D)

| | | | |
|---|---|---|---|
| DEFT: | MASON COURSON (J)#78637-509 | CASE NO: | 21-6681-VALLE |
| AUSA: | ADAM HAPNER | ATTY: | JASON KREISS |
| USPO: | | VIOL: | 18:U.S.C. §111, 231, 1752 |
| PROCEEDING: | PRETRIAL DETENTION | RECOMMENDED BOND: | |
| BOND/PTD HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

- ❑ All standard conditions
- ❑ Do not encumber property.
- ❑ Surrender and / or do not obtain passports / travel documents.
- ❑ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
- ❑ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ❑ Maintain or seek full - time employment.
- ❑ No contact with victims / witnesses.
- ❑ No firearms.
- ❑ Electronic Monitoring:
- ❑ Travel extended to:
- ❑ Other:

DEFENDANT PRESENT IN COURT WITH COUNSEL

GOVERNMENT PROCEEDING BY PROFFER

BASED ON DANGER TO THE COMMUNITY. DEFENDANT

CHARGED IN EIGHT COUNTS ( 7, 10, 11, 14, 18, 19, 20, 24)

GOVERNMENT'S EXHIBIT 1 SUBMITTED

DEFENDANT'S OBJECTS TO EXHIBIT 1. COURT ALLOWS

EXHIBIT 1 TO BE ADMITTED. SWORN/TEST FBI AGENT

MC DANIEL. CROSS-EXAMINED BY DEFENSE COUNSEL

COURT HEARD ARGUMENT FROM BOTH SIDES

COURT ORDERS DEFENDANT DETAINED PENDING TRIAL

REMANDED TO U.S. MARSHALS CUSTODY. COMMITMENT ORDER SIGNED. WRITTEN ORDER TO FOLLOW.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| **ARRAIGN** OR REMOVAL: | | | | |
| PRELIM/EXAM HRG | | | | |

12/22/21    TIME: 10:00 AM    FTL/TAPE/# JMS-    Begin    DAR:

[1 HOUR AND 30 MINUTES] *** RECORDED IN 203-D JUDGE SNOW'S COURTROOM**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR: 10:00:07-11:28:15